IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LATONIE MASON,

    Plaintiff,

vs.                                       CASE NO. 4:07CV153-MP/AK

EFREN CARBONELL,

    Defendant.

_____/

**O R D E R**

Presently before the court is Defendant's Motion for extension of time to file a dispositive motion. (Doc. 64). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through September 5, 2008, to file dispositive motions.

**DONE AND ORDERED** this *26th* day of August, 2008.

                                           *s/ A. KORNBLUM*
                                           **ALLAN KORNBLUM**
                                           **UNITED STATES MAGISTRATE JUDGE**