# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LATONIE MASON,**

    **Plaintiff,**

**vs.**                                                            **CASE NO. 4:07CV153-MP/AK**

**DR. EFREN CARBONELL,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant Dr. Efren Carbonell's Motion for Extension of Time to File Dispositive Motion. (Doc. 66). Said motion having now been filed (doc. 67), the motion to extend the time for filing it (doc. 66) is **GRANTED NUNC PRO TUNC**.

**DONE AND ORDERED** this 9th day of September, 2008.

                                                  s/ A Kornblum
                                                  **ALLAN KORNBLUM**
                                                  **UNITED STATES MAGISTRATE JUDGE**