**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**LATONIE MASON,**

    **Plaintiff,**

**vs.**                                               **CASE NO. 4:07CV153-MP/AK**

**DR. EFREN CARBONELL,**

    **Defendants.**

                                  /

**O R D E R**

Presently before the Court in the above entitled action is Plaintiff's Response to the pending motion to dismiss wherein she complains that she did not receive a copy of the motion. (Doc. 71). Defendant shall mail to Plaintiff a copy of the motion and memorandum (docs. 67 and 68), and Plaintiff shall have fourteen days from the date of service to file a response.

**DONE AND ORDERED** this 19th day of September, 2008.

                                                        s/ A Kornblum
                                                        **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**